IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| EMMANUEL ROBINSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 6:14-cv-03513-MDH |
| LINDA SANDERS, | ) |
| Respondent. | ) |

**ORDER**

Before the Court is Emmanuel Robinson's Petition for Writ of Habeas Corpus (Doc. 1) and Pro Se Motion for Relief (Doc. 8). Petitioner alleges his confinement under 18 U.S.C. § 4243 is unlawful because he "has no mental disease or defect which could create the substantial risk mentioned in the 18 U.S.C. § 4243 statute" and because he was denied due process in regards to his civil commitment proceedings. Petitioner prays for relief in the form of additional commitment proceedings and unconditional discharge.

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, Petitioner's motion was referred to the United States Magistrate Judge for preliminary review under 28 U.S.C. § 636(b). The Magistrate Judge reviewed the filings in this and the underlying case and issued a Report and Recommendation to the undersigned (Doc. 9). The Magistrate Judge recommends Petitioner's petition be dismissed as moot and motion be denied as moot because Petitioner was ordered unconditionally released from custody on or around July 28, 2015 and, therefore, this case no longer presents a case or controversy under Article III of the Constitution. Neither party filed

objections to the Report and Recommendation of the Magistrate Judge and the time to do so has now passed.

Upon review and consideration, the Court concurs with the recommendation of the United States Magistrate Judge. The Report and Recommendation of the Magistrate Judge (Doc. 27) is hereby **ADOPTED** and Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is hereby **DISMISSED AS MOOT** and Petitioner's Pro Se Motion for Relief (Doc. 8) is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED:**
Date: October 15, 2015

                                             */s/ Douglas Harpool*
                                             **DOUGLAS HARPOOL**
                                             **UNITED STATES DISTRICT JUDGE**